

# South Dakota Unified Judicial System eCourts

*Dockets are continuously updated during normal business hours, but cannot make assurances that the latest information on orders or filings available at the Clerk's Office have been recorded on the dockets.*

## CASE LEGEND

RYAN TIESZEN vs. LG CHEM AMERICA INC, VAPAH INC, EBAY INC, FIRST DOE THROUGH THIRTIETH DOE, LG CHEM LTD

49CIV20-003309
Judicial Officer: Hoffman, Douglas E.
Type: Litigation
County: Minnehaha
Date Filed: 12/1/2020
Status: Pending

## PARTY INFORMATION

### Plaintiff

**TIESZEN, RYAN**
Address: 1114 W 8TH ST  SIOUX FALLS SD 57104
Date of Birth: 10/29/1985
Gender: Male
Race: White
Height: 5'11"
Weight: 200
Eyes: Hazel

**Attorney(s)**
SIEGEL, STEVEN S

### Defendant

**LG CHEM AMERICA INC**
Address: 3475 PIEDMONT RD NE STE 1200  ATLANTA GA 30305

**VAPAH INC**
Address: 4870 BOLD SPRINGS RD  MONROE GA 30656

**EBAY INC**
Address: 2025 HAMILTON AVE  SAN JOSE CA 95125

**Attorney(s)**
OBERG, STEVEN

**FIRST DOE THROUGH THIRTIETH DOE**
Address:

**LG CHEM LTD**
Address: LG TWIN TOWERS  128 YEOUI-DAERO  YEONGDEUNGPO-GU

## EVENT INFORMATION

| Date | Type | Comment |
|---|---|---|
| 12/01/2020 | SUMMONS | |
| 12/01/2020 | COMPLAINT | AND DEMAND FOR JURY TRIAL |
| 12/28/2020 | NOTICE OF APPEARANCE AND CERTIFICATE OF SERVICE | |

## FINANCIAL INFORMATION

**TIESZEN, RYAN**
Total Financial Assessment          $70.00



eCourts.sd.gov                    Page 1 of 2                    1/4/2021 1:06:39 PM

| FINANCIAL INFORMATION | |
|---|---|
| Total Payments and Credits | $70.00 |
| Balance Due as of 1/4/2021 | $0.00 |

| Fee Categories | |
|---|---|
| Civil Filing Fees and Fees | $30.00 |
| Court Automation Surcharge | $40.00 |

| Transactions | | | | |
|---|---|---|---|---|
| 12/01/2020 | Transaction Assessment | | | $70.00 |
| 12/01/2020 | E-File Payment | Receipt # 49-459380 | TIESZEN, RYAN | ($70.00) |